E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1785
    Facsimile: (213) 894-0142
    E-mail: Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF $491,095.00 IN U.S. CURRENCY, ONE 2018 MCLAREN 720s, ONE 2018 LAMBORGHINI HURACAN, AND ONE 2015 BMW 428i | CR MISC. No. 2:22-cm-205<br><br>STIPULATION TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT<br><br>[PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |
|---|---|

    It is hereby stipulated by and between the United States of America ("United States") and claimants John Khuu, Zong Liang An, Michelle Mar and Hugh V. Bang ("Claimants") by and through their attorney, Jacek W. Lentz, as to $491,095.00 in U.S. Currency, One 2018 McLaren 720s, One 2018 Lamborghini Huracan, and One 2015 BMW 428i, all seized on April 29, 2022 as follows:

    1.    Claimants have filed written claims in the administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the seized assets.

2.   The government asserts DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  Under 18 U.S.C. § 983(a)(2)(A)-(E), the time has either expired or been tolled for any person to file a claim to the seized assets.  No person other than claimants have filed claims to the seized assets as required by law in the administrative forfeiture proceedings.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized assets and/or to obtain an indictment alleging that the seized assets are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case is October 19, 2022, but the statute provides for an extension of this date by court order or upon agreement of the parties.

4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to January 17, 2023, the time in which the United States is required to file a complaint for forfeiture against the seized assets and/or to obtain an indictment alleging that the seized assets is subject to forfeiture, so that the parties can determine whether a resolution is appropriate without the government having to initiate a judicial forfeiture action.

5.   Claimants knowingly, intelligently, and voluntarily give up any rights they may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the seized assets and/or to obtain an indictment alleging that the seized assets are subject to forfeiture by October 19, 2022, and any rights they may have to seek dismissal of any complaint and/or any

forfeiture allegation in an indictment on the ground that it was not filed or returned on or before such date.

    NOW, THEREFORE, the parties hereto, by and through their respective attorneys, hereby STIPULATE AND REQUEST that the government's time to file a complaint for forfeiture against the seized assets and/or to obtain an indictment in connection with the seized assets be extended to and including January 17, 2023.

Dated: October 18, 2022    Respectfully submitted,

E. MARTIN ESTRADA  
United States Attorney  
SCOTT M. GARRINGER  
Assistant United States Attorney  
Chief, Criminal Division  
JONATHAN GALATZAN  
Assistant United States Attorney  
Chief, Asset Forfeiture Section

   */s/ Maxwell Coll*  
MAXWELL COLL  
Assistant United States Attorney

Attorneys for Plaintiff  
UNITED STATES OF AMERICA

Dated: October 18, 2022    /s/(per e-mail authorization)  
JACEK W. LENTZ, ESQ.

Attorney for Claimants  
JOHN KHUU, ZONG LIANG AN, MICHELLE MAR, AND HUGH V. BANG

**PROOF OF SERVICE BY MAIL**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On October 18, 2022, I served a STIPULATION TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:** **Jacek W. Lentz**
**The Lentz Law Firm, PC**
**9171 Wilshire Blvd., Suite 500**
**Beverly Hills, CA 90210**

_X_ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: October 18, 2022 at Los Angeles, California.

/s/ Gabriela Arciniega
**Gabriela Arciniega**